682

*eral Reed* for petitioner. *Messrs. Harold D. Roberts* and *Randolph E. Paul* for respondent.

No. 608. LINCOLN ENGINEERING Co. *v.* STEWART-WARNER CORP. January 3, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. The CHIEF JUSTICE took no part in the consideration or decision of this application. *Messrs. Leonard L. Kalish* and *Delos G. Haynes* for petitioner. *Mr. Lynn A. Williams* for respondent.

No. 633. BRAINARD *v.* COMMISSIONER OF INTERNAL REVENUE. January 17, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Mr. John E. Hughes* for petitioner. *Solicitor General Reed* for respondent.

No. 120.   WALLS *v.* NORTH CAROLINA;
No. 376.   DALLAO *v.* LOUISIANA; and
No. 377.   UGARTE *v.* LOUISIANA. See *ante,* p. 635.

No. 205.   MYERS, ADMINISTRATRIX, *v.* ATCHISON, T. & S. F. RY. Co.; and
No. 341.   COUCHE *v.* LOUISIANA. See *ante,* p. 636.

No. 373.   CARLSON, ADMINISTRATOR, *v.* KESLER ET AL. See *ante,* p. 639.

No. 321.   JOHNSON, TREASURER OF CALIFORNIA, ET AL. *v.* M. G. WEST Co. See *ante,* p. 638.